

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

September 16, 2020

**BY ECF**

The Honorable Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

# MEMO ENDORSED

Re:   *United States v. Okeifa John*, 20 Cr. 477 (ER)

Dear Judge Ramos:

     The initial conference in this case is set for October 7, 2020, and Magistrate Court has informed the parties that an arraignment in this case is likely to occur during the week of September 28. Accordingly, the Government respectfully requests that the Court exclude time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7), until October 7, 2020. The ends of justice outweigh the interests of the public and the defendant in a speedy trial because the continuance will permit the Government to prepare and produce discovery, the defense to review discovery, and will reflect the current limited availability of jury trials in this District in light of the COVID-19 pandemic. The Government has conferred with defense counsel, who consents to this request.

The application is  _X_  granted
                          ___ denied

_____
Edgardo Ramos, U.S.D.J
Dated:  _9/21/2020_
New York, New York

Respectfully submitted,

AUDREY STRAUSS
Acting United States Attorney
Southern District of New York

             /s/
_____
Andrew A. Rohrbach
Assistant United States Attorney
(212) 637-2345

cc (by ECF):   David Bertan, Esq.,