UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- X
UNITED STATES OF AMERICA,        :
                                                            :                   <u>ORDER</u>
         -v-                                   :
                                              :         20-CR-477 (ER)
OKEIFA JOHN,                         :
                                            :
                      Defendant.     :
-------------------------------------------------------- X

<u>Ramos, D.J.</u>:

      The telephone conference previously scheduled for December 9, 2020, is hereby rescheduled for **January 13, 2021, at 10:30 a.m.**

      Counsel is directed to call the Court at (877) 411-9748 and use access code 302 9857#. (Members of the press and public may call the same number, but will not be permitted to speak during the conference.)

      SO ORDERED.

Dated: December 10, 2020                                  _____
       New York, New York                                    Edgardo Ramos
                                                            United States District Judge