USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC # _____
DATE FILED: __3/31/2021__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-against-

OKEIFA JOHN,

                     Defendant.

**ORDER**

20 Cr. 477 (ER)

Ramos, D.J.:

    The C.J.A. attorney assigned to this case, David Keith Bertan, is hereby ordered substituted and the representation of the defendant in the above captioned matter is assigned to **Matthew J. Kluger**.

    It is SO ORDERED.

Dated: New York, New York
         March 31, 2021

                                                 Edgardo Ramos, U.S.D.J.