UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

OKEIFA JOHN,

                Defendant.

ORDER

20 Cr. 477 (ER)

Ramos, D.J.:

      The pretrial conference previously scheduled for May 5, 2021, is **rescheduled to May 12, 2021, at 12:00 p.m.**

      The time between May 5, 2021, and May 12, 2021, is excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) upon consent of the parties. The Court finds that the ends of justice served by this exclusion of time outweigh the interests of the public and the defendant in a speedy trial.

      It is SO ORDERED.

Dated: New York, New York
       May 3, 2021

                                        EDGARDO RAMOS, U.S.D.J.