# MATTHEW J. KLUGER
ATTORNEY AT LAW

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __5/11/2021__

888 GRAND CONCOURSE, SUITE 1H
BRONX, NEW YORK 10451
(718) 293-4900 • FAX (718) 618-0140
www.klugerlawfirm.com

May 11, 2021

By ECF & Email
Honorable Edgardo Ramos
U.S. District Judge
Southern District of New York
40 Foley Square
New York, N.Y. 10007

> The May 12 conference is adjourned to June 11, 2021 at 10:30 a.m. Speedy trial time is excluded from May 12, 2021 until June 11, 2021, in the interest of justice.
> SO ORDERED.
>
> _____
> Edgardo Ramos, U.S.D.J
> Dated: __5/11/2021__
> New York, New York

Re: **United States v. Okeifa John**
    **20 Cr. 477 (ER)**

Dear Judge Ramos:

   I was substituted to represent Mr. John on March 31, 2021. A pretrial conference had been scheduled for May 5, 2021 but by Order dated May 3, 2021, the conference was adjourned to May 12, 2021 at noon. Regrettably, I have an in-court sentencing proceeding before Judge Castel at 11:00 a.m. on May 12th that I expect will run for some time. Accordingly, with the consent of AUSA Andrew Rohrbach, I respectfully request that this conference be adjourned for 30-days. This additional time should also allow for the receipt of DNA results, which may inform next steps in this matter.

   For the above reasons and in the interests of justice, the defense consents to the exclusion of time under the Speedy Trial Act until the anticipated adjourn date.

   Thank you.

Respectfully,

/s/ *Matthew J. Kluger*
Matthew J. Kluger, Esq.

cc:   AUSA Andrew Rohrbach