# MATTHEW J. KLUGER
ATTORNEY AT LAW

888 GRAND CONCOURSE, SUITE 1H
BRONX, NEW YORK 10451
(718) 293-4900 • FAX (718) 618-0140
www.klugerlawfirm.com

May 28, 2021

By ECF
Honorable Edgardo Ramos
U.S. District Judge
Southern District of New York
40 Foley Square
New York, N.Y. 10007

> **MEMO ENDORSED**
>
> This matter will be heard at the June 11 status conference.
> SO ORDERED.
>
> _____
> Edgardo Ramos, U.S.D.J
> Dated:  6/3/2021
> New York, New York

Re: **United States v. Okeifa John**
    **20 Cr. 477 (ER)**

Dear Judge Ramos:

I was substituted to represent Mr. John on March 31, 2021. The next pretrial conference in this matter is scheduled for June 11, 2021. I write now to respectfully request that at Mr. John's request, I be relieved as counsel in this matter and that new CJA counsel be assigned.

Since I have been assigned in this matter, I have endeavored to review the bulk of the discovery and meet virtually with Mr. John on several occasions. Currently, the defense is awaiting the results of a recent DNA swab. Nevertheless, Mr. John gets agitated when I fail to answer his emails quickly enough or meet with him more frequently. Mr. John has a right to regular communication with his attorney and I certainly do not begrudge him that expectation. However, right now I am extremely busy and with several trials on the horizon, I don't expect that my workload will be getting lighter any time soon. To be clear, I have no personal conflict with Mr. John or his case and I wish him the best of luck. However, he has certain expectations that right now, given my current caseload, I am simply not able to accommodate. Thus, for his sake as well as mine, I believe that the assignment of new counsel would be the best solution.

Accordingly, for the reasons stated above, I respectfully request to be relieved as counsel in this matter. I apologize for any inconvenience.

Thank you.

Respectfully,

/s/ *Matthew J. Kluger*
Matthew J. Kluger, Esq.

cc:   AUSA Andrew Rohrbach