USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 6/25/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
UNITED STATES OF AMERICA,

-v-

OKEIFA JOHN,

                      Defendant.
------------------------------------------------------------ X

ORDER

20-CR-477 (ER)

Ramos, D.J.:

The telephone conference previously scheduled for June 29, 2021, is hereby rescheduled for **July 6, 2021 at 10:30 a.m.**

Counsel is directed to call the Court at (877) 411-9748 and use access code 302 9857#. Members of the press and public may call the same number, but will not be permitted to speak during the conference. All of those accessing the conference are reminded that recording or rebroadcasting of the proceeding is prohibited by law.

The time between June 11, 2021, and July 6, 2021, is excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) upon consent of the parties. The Court finds that the ends of justice served by this exclusion of time outweigh the interests of the public and the defendant in a speedy trial.

SO ORDERED.

Dated: June 25, 2021
       New York, New York

                                          Edgardo Ramos
                                          United States District Judge