# MATTHEW J. KLUGER
ATTORNEY AT LAW

---

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC # _____
DATE FILED: __1/4/2022__

LAW OFFICE OF MATTHEW J. KLUGER
888 GRAND CONCOURSE, SUITE 1H
BRONX, NEW YORK 10451
(718) 293-4900 • FAX (718) 618-0140
mkluger@klugerlawfirm.com
www.klugerlawfirm.com

January 4, 2022

**MEMO ENDORSED**

By ECF
Honorable Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

| The application is _X_ granted |
| ___ denied |
| /s/ Edgardo Ramos |
| Edgardo Ramos, U.S.D.J |
| Dated: __1/4/2022__ |
| New York, New York |

Re:   **United States v. Okeifa John**
      **20 Cr. 477 (ER)**
      **15 Cr. 95 (ER)(VOSR Matter)**

Dear Judge Ramos,

I represent Okeifa John in this matter. On August 10, 2021, Mr. John appeared before your Honor and pled guilty as charged to Count 1 of the above-captioned indictment charging him with being a felon in possession of a firearm in violation of 18 U.S.C. § 922(g)(1). He is scheduled to be sentenced on January 18, 2022 at 10:30 a.m.

Pursuant to the Court's Individual Rules of Practice, the defense sentencing submission is due today. Defense counsel is just getting over COVID-19 and is preparing to start a homicide trial in the Bronx next week. Accordingly, if it does not cause too much inconvenience for the Court, and with the consent of AUSA Andrew Rohrbach, I respectfully request a slight modification of the time to file sentencing submissions in this case as follows:

Defense Submission due by end of business on Friday, January 7, 2022
Government Submission due by end of business on Thursday, January 13, 2022

Thank you for the Court's consideration.

Respectfully,

/s/ *Matthew J. Kluger*
Matthew J. Kluger, Esq.

cc:   AUSA Andrew Rohrbach