

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 7, 2023

**BY ECF**

**MEMO ENDORSED**

The Honorable Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re: *United States v. Okeifa John*, 20 Cr. 477 (ER)

Dear Judge Ramos:

The undersigned Assistant United States Attorney is leaving the United States Attorney's Office for the Southern District of New York. Accordingly, the Government respectfully requests that the Court direct the Clerk of Court to terminate the appearance of the undersigned counsel on the above-captioned docket. A new Assistant United States Attorney has been assigned to this matter and will be filing a notice of appearance.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney
Southern District of New York

___/s/___
Andrew A. Rohrbach
Assistant United States Attorney
(212) 637-2345

---

The application to withdraw is granted. The Clerk of the Court is respectfully directed to terminate Andrew Rohrbach as counsel of record.
SO ORDERED.

Edgardo Ramos, U.S.D.J.
Dated: 6/8/2023
New York, New York